UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE L. SMITH,<br><br>                       Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>                       Defendant. | Case No.: 22-CV-1139-GPC-SBC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE** |

      Before the Court is Julie Smith's ("Plaintiff") Response to Order to Show Cause ("Response"). (Doc. No. 11.) Plaintiff's Response resulted from formerly presiding Magistrate Judge Nita L. Stormes' issuance of an Order to Show Cause ("OSC") after Plaintiff failed to timely file her Merits Brief in this Action. (*See* Doc. No. 10.) In her Response, Plaintiff explains her counsel mistakenly awaited the issuance of a briefing schedule from the Court and was not aware of this District's Civil Local Rule 7.1(e)(6)(e), which provides that, "Unless otherwise ordered by the Court, the parties will adhere to the following briefing schedule with respect to the merits of the case: (1) Plaintiffs merit brief will be due within 30 days of the filing of the administrative record." (Civ. L.R. 7.1(e)(6)(e).) Given Plaintiff's counsel's oversight, that Plaintiff bears no fault in such oversight, and that Defendant does not oppose Plaintiff's request for relief, the Court

1 DISCHARGES the OSC. In turn, the Court issues the following briefing schedule as
2 follows:

3    (1) **No later than Friday, October 6, 2023**, Plaintiff shall file her Merits Brief in
4        this Action in full compliance with this District's Civil Local Rules;

5    (2) **No later than Friday, November 10, 2023**, Defendant shall file its Response to
6        Plaintiff's Merits Brief in full compliance with this District's Civil Local Rules;
7        and,

8    (3) If at all, and **no later than Friday, November 17, 2023**, Plaintiff shall file her
9        Reply to Defendant's Response to Plaintiff's Merits Brief in full compliance with
10        this District's Civil Local Rules.

11 No oral argument shall be heard on this matter and no hearing date shall be set unless
12 otherwise indicated by separate order of this Court.

13    **IT IS SO ORDERED.**
14 Dated: September 5, 2023

Hon. Steve B. Chu
United States Magistrate Judge